UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

MARK A. SANCHEZ,

    Plaintiff,                                       Case No.: 2:09-cv-14244
                                               Hon. Denise Page Hood

vs.

DANIEL JONOSHIES,

    Defendant,
_____/

MARK A. SANCHEZ,

    Plaintiff,                                       Case No.: 2:11-cv-10524
                                               Hon. Denise Page Hood

vs.

CITY OF HIGHLAND PARK,
a Michigan Municipal Corporation,

    Defendant,
_____/

| | |
|---|---|
| FRED L. GIBSON (P39530) | DEAN KOULOURAS (P16176) |
| The F. L. Gibson Group, P. C. | Law Offices of Dean Koulouras |
| Attorneys for Plaintiff | Co-Counsel for Defendant Daniel Jonoshies |
| 17001 19 Mile Road, Suite 1C | 13407 Farmington Road, Suite 102 |
| Clinton Township, Michigan 48038-4867 | Livonia, Michigan 48150 |
| (586) 416-2520 | (734) 458-2200 |
| attorneyfgibson@gmail.com | dkoulouras@sbcglobal.net |
| | |
| JAMES W. MCGINNIS (P29323) | CHARLES S. RUDY (P27881) |
| James W. McGinnis, P. C. | Allen Brothers, PLLC |
| Co-Counsel for Defendant Daniel Jonoshies | Attorneys for Defendant Highland Park |
| 985 East Jefferson Ave, Suite 100 | 400 Monroe, Suite 220 |
| Detroit, Michigan 48207 | Detroit, Michigan 48226 |
| (313) 446-9582 | (313) 962-7777 |
| D19a792@sbcglobal.net | crudy@allenbrotherspllc.com |

_____/

**STIPULATED JUDGMENT**

Counsel for all parties having stipulated to the entry of this Judgment, and this Court being fully apprised of the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiff Mark A. Sanchez ("Sanchez") against Defendants Daniel Jonoshies ("Jonoshies") and the City of Highland Park ("Highland Park") in these two actions are merged into this Judgment.

NOW, THEREFORE, IT IS FURTHER ORDERED AND ADJUDGED that Sanchez shall recover from Highland Park, only, the total sum of Twenty-Five Thousand and NO/100 ($25,000) Dollars (US), payable in three installments of Ten Thousand and NO/100 ($10,000) Dollars on July 1, 2011, Five Thousand and NO/100 ($5,000) Dollars on September 1, 2011 and Ten Thousand and NO/100 ($10,000) Dollars on November 1, 2011.  Payments due under this Judgment may be made by check made jointly payable to Sanchez and his attorney in the Lawsuit, the F. L. Gibson Group, P. C., and mailed or delivered to Sanchez's attorney in the Lawsuit.  If Highland Park defaults on the payment of any installment due under the Judgment, the entire remaining balance shall become immediately due and owing and Sanchez's sole remedy will be to enforce the Judgment against Highland Park by all means permitted by law.  This Judgment will be placed on the City's tax rolls.  Under no circumstances will Sanchez be permitted to prosecute claims against or attempt to collect from Jonoshies.

NOW, THEREFORE, IT IS FURTHER ORDERED AND ADJUDGED that Sanchez's claims against Jonoshies are dismissed with prejudice and without costs to any party.

This is a final order and it resolves all of the pending claims in this case.


Dated:  April 22, 2011             s/Denise Page Hood
                                   United States District Court Judge

Approved as to form and substance
and notice of presentment waived:

/s/ Fred L. Gibson
FRED L. GIBSON (P39530)
The F. L. Gibson Group, P. C.
Attorneys for Plaintiff

/s/ Dean Koulouras
DEAN KOULOURAS (P16176)
Law Offices of Dean Koulouras
Co-Counsel for Defendant Daniel Jonoshies

/s/ James W. McGinnis
JAMES W. MCGINNIS (P29323)
James W. McGinnis, P. C.
Co-Counsel for Defendant Daniel Jonoshies

/s/ Charles S. Rudy
CHARLES S. RUDY (P27881)
Allen Brothers, PLLC
Attorneys for Defendant Highland Park